UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEE FOSTER, | Case No.  1:22-cv-00856-HBK |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| v. | (Doc. No.  2) |
| ANN MARIE SCHUBERT, | |
| Defendant. | |

Plaintiff proceeds in this civil action pro se.  (Doc. No. 1).  Although not a prisoner, Plaintiff files a motion to proceed *in forma pauperis* under 28 U.S.C. § 1915 utilizing the prisoner form.  (Doc. No. 2).  Nonetheless, Plaintiff's declarations in the motion satisfies the requirements under § 1915.  The Court will screen Plaintiff's Complaint in due course before ordering service.

Accordingly, it is **ORDERED**:

Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

Dated:    August 15, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28