1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARTIN LEE FOSTER,                        Case No.  1:22-cv-00856-ADA-HBK (PC)

12                   Plaintiff,                ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS
13        v.
                                               (ECF No.  6)
14   ANN MARIA SCHUBERT,

15                   Defendant.

16

17        Plaintiff Martin Lee Foster is proceeding pro se and in forma pauperis in this civil rights

18   action against Ann Maria Schubert.  (ECF No. 1).  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On September 26, 2022, the Magistrate Judge issued Findings and Recommendations

21   recommending dismissal due to Plaintiff's failure to prosecute and comply with the Court's

22   orders.  (ECF No. 6).  The Findings and Recommendations served on Plaintiff contained notice

23   that any objections were due within fourteen days.  (*Id.* at 1, 4).  As of the date on this Order,

24   Plaintiff has not filed any timely objections.  (*See* docket).

25        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

26   de novo review of this case.  Having carefully reviewed the entire file, the Court finds the

27   Findings and Recommendations to be supported by the record and by proper analysis.

28   ///

1    Accordingly,

2    1.    The Findings and Recommendations issued on September 26, 2022, (ECF No. 6),

3          are adopted in full; and

4    2.    The Clerk of Court shall terminate any pending motions, close this case, and enter

5          judgment against Plaintiff.

6

7

8    IT IS SO ORDERED.

9    Dated:    December 20, 2022

                                    _____
10                                  UNITED STATES DISTRICT JUDGE